**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY TORRES, Plaintiff, | ECF Case |
| -against- | Case No. 1:18-cv-7595-KPF |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Torres hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety.

Dated: December 27, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff Kimberly Torres*

SO ORDERED.

Dated: December 28, 2018
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE